UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZURIE POPE,<br><br>      Plaintiff,<br><br>  v.<br><br>IMMIGRATION AND CUSTOMS<br>ENFORCEMENT,<br><br>      Defendant. | Civil Action No. 26-997 (JEB) |

**JOINT STATUS REPORT**

1.      On May 7, 2026, the Court ordered the parties to file a Joint Status Report with a proposed briefing schedule.

2.      At this time, however, Defendant reports that the search is complete and that 187 pages of potentially responsive records have been recovered and are currently undergoing processing. Barring any unforeseen circumstances, Defendant expects to finish processing and releasing any responsive non-exempt records on or before the next Joint Status Report is due.

3.      Thus, the parties agree that a briefing schedule is premature because, among other things, Defendant has yet to complete its productions.

4.      The Parties suggest that they submit the next joint status report on or before June 26, 2026, allowing Defendant time to complete their search for potentially responsive records.

Dated: May 20, 2026
      Washington, DC

                        Respectfully submitted,


                        By:    */s/ Ginger McCall*
                        GINGER MCCALL
                        (DC Bar # 1001104)

ginger@freeinformationgroup.com
KEVIN H. BELL
(DC Bar # 90015600)
kevin@freeinformationgroup.com
FREE INFORMATION GROUP, PLLC
1100 13th St. NW, Ste. 800
Washington, DC 20005
(202) 946-3642
*Attorneys for the Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By:            /s/ *Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov
*Attorneys for the United States of America*